FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 04, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RANDALL S. AMES,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>STANLEY ROY AMES, individually and in his marital community and as agent for Ames Development Corp.;<br>WESLEY BRUCE AMES, individually and in his marital community (if applicable);<br>MERITA LYNN DYSART, individually and in her marital community;<br>ALLEN C. NIELSON, individually and in his official capacity; and<br>TIMOTHY FENNESSEY, individually and in his official capacity,<br><br>　　　　　　　Defendants. | NO. 2:22-CV-0143-TOR<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

BEFORE THE COURT is Plaintiff's Complaint and the Clerk's Notice of Deficient Filing. ECF Nos. 1, 2. The Court has reviewed the record and files herein and is fully informed. For the reasons discussed below, this action is dismissed without prejudice.

On June 16, 2022, Plaintiff filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 and 18 U.S.C. § 1962, without payment of the mandatory filing fee or the filing of an application to proceed *in forma pauperis*. On that same date, Plaintiff was advised of this deficiency and was advised that the case was subject to dismissal if the filing fee or appropriate application to proceed *in forma pauperis* was not filed by June 30, 2022. ECF No. 2.

To date, Plaintiff has not complied with the filing fee or application to proceed in forma pauperis.

Parties filing actions in the United States District Court are required to pay filing fees. 28 U.S.C. § 1914(a). An action may proceed without the immediate payment of a filing fee only upon granting of *in forma pauperis status*. *See* 28 U.S.C. § 1915. Failure to pay the statutory filing fee will result in dismissal of the action without prejudice. *See Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995) (district court has authority to dismiss without prejudice prisoner complaint for failure to pay partial filing fee); *In re Perroton*, 958 F.2d 889, 890 (9th Cir.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2

1992) (affirming dismissal of appeal of *pro se* litigant for failure to pay required filing fees).

**ACCORDINGLY, IT IS HEREBY ORDERED:**

This action is **DISMISSED without prejudice** for failing to pay the filing fee or filing a properly completed Application to Proceed *In Forma Pauperis* pursuant to 28 U.S.C. §§ 1914(a) and 1915(a).

The District Court Executive is directed to enter this Order, enter judgment accordingly, furnish a copy to Plaintiff at his address of record, and **CLOSE** the file.

**DATED** August 4, 2022.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 3